**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00690-CV

## WILLIAM T. DICKSON, Appellant

## V.

## AMERICAN ELECTRIC POWER, INC., ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC 14-04316

## ORDER

We **GRANT** appellant's motion to consolidate appeals **ONLY TO THE EXTENT** that this appeal and the appeal docketed as appellate cause number 05-14-01575-CV be submitted on the same date before the same panel. The appeals will retain their separate cause numbers.

/s/    ELIZABETH LANG-MIERS
        JUSTICE